**Opinion issued February 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00571-CV

_____

**WILLIE IRONE SIMMONS, Appellant**

**V.**

**YANCIS TURCIOS, Appellee**

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1201698

## MEMORANDUM OPINION

Appellant, Willie Irone Simmons, has filed a notice of appeal from the trial court's July 23, 2023 agreed final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed in this appeal on August 10, 2023, and the reporter's record was filed on November 3, 2023. Accordingly, appellant's brief was due to be filed on or before December 4, 2023. *See* TEX. R. APP. P. 38.6(a); *see also* TEX. R. APP. P. 4.1 ("Computing Time"). Appellant did not file an appellant's brief.

On December 28, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the December 28, 2023 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

2